**Order filed November 3, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00089-CV**
_____

**ANGELA GARCIA, Appellant**

**V.**

**FRANCISCO J. ALVAREZ, Appellee**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2005-22461**

---

## O R D E R

This is an appeal from a judgment signed January 13, 2011. The clerk's record was filed April 7, 2011.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's findings of fact and conclusions of law.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 15, 2011**, containing the trial court's findings of fact and conclusions of law.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM